## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 23-1724 |
| 273,624.60 SQUARE FEET OF LAND LOCATED IN THE DISTRICT OF COLUMBIA, and MAZZA FAMILY FRIENDSHIP HEIGHTS LLC, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) | |

## COMPLAINT IN CONDEMNATION

1.      This is a civil action brought by Washington Metropolitan Area Transit Authority ("WMATA") under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.      This Court has jurisdiction pursuant to D.C. Code § 9-1107.01(82)(b) and D.C. Code § 16-1352 ("The Attorney General of the United States… shall institute a proceeding for the condemnation of the property in the United States District Court for the District of Columbia"). *See also* D.C. Code § 9-1107.01(81) ("The United States District Courts shall have original jurisdiction… of all actions brought by or against [WMATA]…"); 28 U.S.C. § 1331. This district is the proper venue because the condemned land is located in the District of Columbia. *See* 28 U.S.C. § 1403; 28 U.S.C. § 1391(b).

3.      The authority for the acquisition is set forth in Schedule A, which is attached hereto and made a part hereof.

4.      The public purpose for which said property is taken is set forth in Schedule B, which is attached hereto and made a part hereof.

5.      A legal description of the land taken is set forth in Schedule C, which is attached

hereto and made a part hereof.

6.      A plat and map showing the land taken is set forth in Schedule D, which is attached

hereto and made a part hereof.

7.      The estate taken in the property is described in Schedule E, which is attached hereto

and made a part hereof.

8.      The estimate of just compensation is stated in Schedule F, which is attached hereto

and made a part hereof.

9.      The names and addresses of known parties having or claiming an interest in said

property are set forth in Schedule G, which is attached hereto and made a part hereof.

WHEREFORE, Plaintiff requests judgment that the property and interests be condemned

that just compensation for the taking be ascertained and awarded. Plaintiff also requests that the

Court award such other relief as may be lawful and proper.

Dated:          June 14, 2023                    TODD S. KIM
                                                 Assistant Attorney General

                                                 /s/ *Benjamin M. Schneider*
                                                 BENJAMIN M. SCHNEIDER
                                                 DC Bar # 888283848
                                                 JOSHUA M. FLIEGEL
                                                 IL Bar # 6320614
                                                 Trial Attorneys
                                                 United States Department of Justice
                                                 Environment & Natural Resources Division
                                                 P.O. Box 7611, Ben Franklin Square
                                                 Washington, DC 20044-7611
                                                 Telephone: (202) 598-3372
                                                 benjamin.schneider@usdoj.gov
                                                 joshua.fliegel@usdoj.gov

PROOF OF SERVICE

I HEREBY CERTIFY that this Complaint and all other initial case filings will be served

on all named Defendants and other parties having or claiming an interest in the property.

/s/ *Benjamin M. Schneider*
BENJAMIN M. SCHNEIDER