UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, <br><br> Plaintiff, <br><br> v. <br><br> 273,624.60 SQUARE FEET OF LAND LOCATED IN THE DISTRICT OF COLUMBIA, and MAZZA FAMILY FRIENDSHIP HEIGHTS LLC, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## DECLARATION OF TAKING

I, Liz Price, Vice President of Real Estate and Development for the Washington Metropolitan Area Transit Authority ("WMATA"), a body corporate and politic, created effective February 20, 1967 by an interstate compact by and between the State of Maryland, the Commonwealth of Virginia, and the District of Columbia, pursuant to the "Washington Metropolitan Area Transit Authority Compact," Pub. L. No. 89-774, 80 Stat. 1324 (1966), pursuant to the authority delegated to me by the General Manager and Chief Executive Officer of WMATA pursuant to WMATA Policy Instruction No. 9.6 and Resolution of the Board of Directors of the WMATA 2022-22, hereby declare that:

    1.    The authority for the acquisition of the estate in property described herein is set forth in Schedule A.

    2.    The public purpose for which the property is taken is set forth in Schedule B.

    3.    A description of the property sufficient for its identification is set forth in Schedule C.

    4.    A plat and map showing the property is attached as Schedule D.

5. The estate taken in the property is set forth in Schedule E.

6. The sum estimated by me as just compensation for the taking is set forth in Schedule F, which sum I cause to be deposited herewith in the registry of the Court for the use and benefit of the persons entitled thereto. I am of the opinion that the ultimate award for the taking will be within any limits imposed by law on the price to be paid therefor.

7. The parties who have or may claim an interest in the property are set forth in Schedule G.

IN WITNESS WHEREOF, the Washington Metropolitan Area Transit Authority, by Liz Price, Vice President of Real Estate and Development, acting under the authority of the Board of Directors of the said Authority, has caused this Declaration of Taking to be signed in its name on the 13th of June, 2023 in Washington, District of Columbia.

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

BY: _____
Liz Price
Digitally signed by Liz Price
Date: 2023.06.13 13:30:45 -04'00'

Liz Price
Vice President
Real Estate and Development

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The authority for the acquisition of the estate in property described herein is as follows: Section 82 of the Washington Metropolitan Area Transit Authority Compact, Act of November 6, 1966, Pub. L. No. 89-774, 80 Stat. 1324, 1350-51, *as amended by* the National Capital Area Transit Act of 1972, Pub. L. No. 92-517, 86 Stat. 999 (1972) (codified at D.C. Code § 9-1107.01(82)(a)) (the "WMATA Compact") and D.C. Code § 16-1351 *et seq*. *See Washington Metropolitan Area Transit Authority v. One Parcel of Land in Montgomery County, Maryland*, 706 F.2d 1312 (4th Cir. 1983); *Washington Metro. Area Transit Auth. v. 6,627 Square Feet of Land*, 2022 WL 2438549 (D.D.C. July 5, 2022).

The Washington Metropolitan Area Transit Authority ("WMATA") General Manager is responsible for all activities of WMATA pursuant to Section 9(b) of the WMATA Compact. WMATA Policy Instruction No. 9.6, approved December 10, 2019, delegates the General Manager's authority to purchase real property to the Vice President of Real Estate and Parking. The Resolution of the Board of Directors of the WMATA 2022-22, adopted July 28, 2022, authorizes the purchase of land valued over $1,000,000 for the Western Bus Garage Replacement Project.

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which the property is taken is for the construction, operation, use, and maintenance of a replacement Western Bus Garage in support of Washington Metropolitan Area Transit Authority's interstate transit system.

**SCHEDULE C**

DESCRIPTION OF THE PROPERTY

The tract of land known as 5255 Western Avenue, NW, Washington, DC 20015, and more particularly described as follows:

Lot numbered Thirty-Three (33) in Block numbered One Thousand Five Hundred and Eighty (1580).

Being the same land as shown in subdivision shown in the survey dated November 8, 1966, and recorded in the District of Columbia Subdivisions Book 151 at page 26. Containing 273,624.60 square feet of land.

## **SCHEDULE D**

PLAT and MAP







## **SCHEDULE E**

### ESTATE TO BE ACQUIRED

The estate taken in the property described in Schedule C to this Declaration of Taking is fee simple absolute, including all improvements and appurtenances, subject to all rights and interests held by the District of Columbia and all public utility easements.

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

      The estimated just compensation for the interests being taken is Forty-Six Million Eight Hundred Thousand U.S. Dollars ($46,800,000.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

## SCHEDULE G

### INTERESTED PARTIES

| INTERESTED PARTY | REFERENCE |
|---|---|
| **Mazza Family Friendship Heights LLC**, *a District of Columbia limited liability company*<br><br>*Serve:* Paul Kiernan<br>Holland & Knight LLP<br>800 17th Street NW, Suite 1100<br>Washington, DC 20006 | Deed dated April 28, 2009, and recorded on May 8, 2009 as Instrument No. 2009049240 in the Official Records of the Washington D.C. Recorder of Deeds. |
| **John W. Ridenour, III**<br><br>*Serve:* Paul Kiernan<br>Holland & Knight LLP<br>800 17th Street NW, Suite 1100<br>Washington, DC 20006 | Probated will of John W. Ridenour, Jr. dated May 29, 1969 and filed July 22, 1971 with the Washington D.C. Register of Wills.<br><br>Deed dated August 1, 2007, and recorded on August 2, 2007 as Instrument No. 2007101635 in the Official Records of the Washington D.C. Recorder of Deeds. |
| **Linda A. Ridenour**<br><br>10816 Barn Wood Lane<br>Potomac, MD 20854-1328 | Deed dated February 20, 1980, and recorded on March 7, 1980 as Instrument No. 8000007886 in the Official Records of the Washington D.C. Recorder of Deeds. |
| **LT Propco LLC**, *a Delaware limited liability company*<br><br>*Serve:* John D. Taliaferro<br>Loeb & Loeb LLP<br>901 New York Avenue NW<br>Suite 300 East<br>Washington, DC 20001 | Lease Assignment and Assumption Agreement dated October 6, 2006, and recorded on October 27, 2006, as Instrument No. 2006146464 in the Official Records of the Washington D.C. Recorder of Deeds. |
| **Washington DC Police Foundation**<br><br>*Serve*: Mark H. Tuohey<br>Chairman of the Board<br>1050 Connecticut Ave., NW, Suite 1100<br>Washington, DC 20036 | |

| | |
|---|---|
| **District of Columbia**<br><br>**D.C. Department of Public Works**<br>*Attn:* Lien Satisfaction / Outstanding Litter Control Violations<br>Office of General Counsel – Tiffanee Mosley<br>2000 14th Street, NW, 6th Floor<br>Washington, DC 20009<br><br>**D.C. Office of Tax and Revenue**<br>Glen Lee, Chief Financial Officer<br>1101 4th Street, SW<br>Suite 270 West<br>Washington, DC 20024 | Litter Control Administration Act Lien, Ticket No. PW-V-05-K105888, dated July 24, 2006, and recorded on July 24, 2006 as Instrument No. 2006099266 in the Official Records of the Washington D.C. Recorder of Deeds.<br><br>SSL: 1580-0033. |